IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Elbert S | Case Number: 07 B 10366 |
| Jarmon-Smith, Sharon L | Judge: Goldgar, A. Benjamin |
| Printed: 10/9/07 | Filed: 6/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 28, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | John C Dent Ltd. | Administrative | 3,479.00 | 0.00 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 4,200.00 | 0.00 |
| 4. | Wells Fargo Auto Finance | Secured | 6,400.00 | 0.00 |
| 5. | Unifund Corporation | Secured | 1,559.28 | 0.00 |
| 6. | Netbank Inc. | Secured | 16,000.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 1,789.74 | 0.00 |
| 8. | Wells Fargo Auto Finance | Unsecured | 2,871.37 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 2,135.00 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 26.35 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 1,243.26 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 296.01 | 0.00 |
| 14. | Baxter Credit Union | Unsecured | | No Claim Filed |
| 15. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Harris & Harris | Unsecured | | No Claim Filed |
| 19. | First Financial | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | J J Mac Intyre Co Inc | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Elbert S  
Jarmon-Smith, Sharon L  
Printed: 10/9/07

Case Number: 07 B 10366  
Judge: Goldgar, A. Benjamin  
Filed: 6/10/07

| 26. | RMI/MCSI | Unsecured | | No Claim Filed |
| 27. | GC Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,100.01 | $ 0.00 |

TRUSTEE FEE DETAIL

Fee Rate     Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_